CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**DEC 0 3 2010**

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| CECIL E. WAMPLER, | ) | Civil Action No. 7:10-cv-00515 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Hon. James C. Turk |
| Respondent. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

### ORDERED

that petitioner is **GRANTED** leave to proceed in forma pauperis; the petition is **DISMISSED**

**without prejudice** for failing to state a claim upon which relief may be granted; and the action is

**STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to the petitioner.

**ENTER:** This _3rd_ day of December, 2010.

_____
Senior United States District Judge